**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| TAMMY JO LONG, an Illinois resident, and LUXURY PROPERTIES LLC, <br><br> Plaintiffs, <br> vs. <br><br> BANK OF AMERICA, N.A., <br><br> Defendant. | Case No. **17-cv-02756** <br><br> **Judge Alonso** |

**JURISDICTIONAL ADDENDUM**

Plaintiffs Tammy Jo Long and Luxury Properties LLC ("**Luxury Properties**" and together with Ms. Long, the "**Plaintiffs**"), by and through their undersigned counsel, hereby file this Jurisdictional Addendum consistent with instructions received from the Court on April 20, 2017 (see Docket No. 8):

1. Plaintiff Luxury Properties LLC ("Luxury") is an Illinois limited liability company. The only member and sole equityholder of Luxury is another Illinois limited liability company called Luxury Living Properties Holding LLC ("Holding"). Co-Plaintiff Tammy Jo Long is the sole member and sole equityholder of Holding. Luxury is associated with file number 0343652-7 maintained by the Illinois Secretary of State's office, and Holding is associated with file number 0381339-8.

00962274v1

2. Ms. Tammy Jo Long is a citizen and resident of Illinois and is domiciled in Illinois. Her longtime permanent home is located at 815 The Pines, Hinsdale, Illinois, 60521. Ms. Long manages both Luxury and Holding from a home office located at the above Hinsdale, Illinois address.

Respectfully submitted,

By: /s/ Stephen J. Brown

Stephen J. Brown
Bevin Brennan
John Delnero
Pedersen & Houpt
Attorneys for Plaintiffs
161 N. Clark Street, Suite 2700
Chicago, Illinois, 60601
Telephone: 312.261.2184
sbrown@pedersenhoupt.com