IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TAMMY JO LONG, an Illinois Resident, and LUXURY PROPERTIES, LLC | ) ) ) | 17-CV-2756 |
| Plaintiffs, | ) ) | Hon. Jorge L. Alonso |
| v. | ) ) | |
| BANK OF AMERICA, N.A., | ) ) | |
| Defendant. | ) | |

**DEFENDANT BANK OF AMERICA, N.A.'S MOTION TO DISMISS COMPLAINT**

Defendant Bank of America, N.A. ("BANA"), through its attorneys, respectfully requests that the Court dismiss, pursuant to Fed. R. Civ. P. 12(b)(6), the Complaint ("Complaint") filed by Plaintiffs Tammy Jo Long and Luxury Properties, LLC ("Plaintiffs"), and in support states as follows:

1. Plaintiffs' Complaint fails to state a cause of action upon which relief may be granted and should, therefore, be dismissed in its entirety with prejudice pursuant to Fed. R. Civ. P. 12(b)(6);

2. Support for this request is set forth in BANA's proposed Memorandum of Law attached to its Motion for Leave to File Brief in Excess Pages filed contemporaneously herewith.

Dated: May 26, 2017  Respectfully submitted,

BANK OF AMERICA, N.A.

/s/ David F. Pustilnik
David F. Pustilnik
Bar No. 6300609
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Tel. (312) 558-5600
dpustilnik@winston.com