```
 1                  IN THE UNITED STATES DISTRICT COURT
                   FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                            EASTERN DIVISION

 3   TAMMY JO LONG, an Illinois        )
     resident, and LUXURY PROPERTIES,  )
 4   LLC,                              )
                                       )
 5             Plaintiffs,             )
                                       )
 6     v.                              )  No. 17 C 2756
                                       )
 7   BANK OF AMERICA, N.A.,            )  Chicago, Illinois
                                       )  June 7, 2017
 8             Defendant.              )  9:30 a.m.

 9                       TRANSCRIPT OF PROCEEDINGS
                   BEFORE THE HONORABLE JORGE L. ALONSO
10

11   APPEARANCES:

12   For the Plaintiffs:        PEDERSEN & HOUPT, P.C.
                                BY:  MR. BEVIN MEGAN BRENNAN
13                              161 North Clark Street
                                Suite 2700
14                              Chicago, Illinois  60601
                                (312) 261-2186
15
     For the Defendant:         WINSTON & STRAWN LLP
16                              BY:  MR. DAVID F. PUSTILNIK
                                35 West Wacker Drive
17                              Chicago, Illinois  60601
                                (312) 558-5600
18

19

20

21

22

23

24

25
                      Nancy C. LaBella, CSR, RMR, CRR
                            Official Court Reporter
                   219 South Dearborn Street, Room 1222
                          Chicago, Illinois  60604
                               (312) 435-6890
                            NLaBella.ilnd@gmail.com
```

1      (Proceedings had in open court:)
2              THE CLERK:  17 C 2756, Long v. Bank of America.
3              MR. PUSTILNIK:  Good morning, your Honor.  David
4    Pustilnik on behalf of Bank of America.
5              MS. BRENNAN:  Bevin Brennan on behalf of the
6    plaintiffs.
7              THE COURT:  We've got two motions, correct?  No. 16
8    is the defendant's motion for leave to file an oversized brief
9    in support of its motion.  That motion is going to be granted.
10   There's no objection?
11             MS. BRENNAN:  No objection.
12             THE COURT:  All right.  16 is granted.
13             I'll set out a briefing schedule on 15.  And that's
14   the motion to --
15             MR. PUSTILNIK:  Dismiss.
16             THE COURT:  -- dismiss?
17             MR. PUSTILNIK:  Correct.
18             THE COURT:  And --
19             MR. PUSTILNIK:  There's also a motion to file a
20   document under seal, and it's been preliminarily filed under
21   seal at this point.  It's a confidential agreement that was
22   entered into between the parties three years ago that is now
23   the subject of the current litigation, plaintiffs' breach of
24   contract claim.
25             THE COURT:  Right.  And as such, it's an agreement

Case: 1:17-cv-02756 Document #: 57 Filed: 03/16/18 Page 3 of 6 PageID #:494

3

```
 1   that I'm going to have to consider, correct?
 2           MR. PUSTILNIK:  Correct.
 3           MS. BRENNAN:  I -- I apologize.  I thought we were
 4   going to try to file that not under seal; is that correct?  Or
 5   are you looking to keep it under seal?  We don't have any
 6   objection to filing it publicly as plaintiffs.
 7           MR. PUSTILNIK:  Right.  But Bank of America would
 8   prefer to file it under seal.  And my understanding was there
 9   is no objection to filing it under seal.
10           MS. BRENNAN:  There's no objection either way.  We
11   can do it either way.
12           THE COURT:  Regardless of the parties' positions, I
13   believe that it should be filed publicly at this point.  It's
14   something that I have to consider.  So No. 17 is going to be
15   denied.  I'm going to ask that it be filed publicly.
16           And I'm trying to remember whether we have discovery
17   deadlines on the case.
18           MR. PUSTILNIK:  There are no deadlines as of yet,
19   your Honor.
20           MS. BRENNAN:  Correct.
21           THE COURT:  What's the defense's position?
22           MR. PUSTILNIK:  Well, Judge, we would like our Rule
23   12(b)(6) motion to be ruled on before we get into any
24   discovery, ideally.
25           THE COURT:  Counsel, what's your position?
```

```
 1              MS. BRENNAN:  I don't have an objection to that.
 2              THE COURT:  And this is an ERISA action?
 3              MS. BRENNAN:  No.
 4              THE COURT:  No.
 5              Have 26(a)(1)s been exchanged?
 6              MR. PUSTILNIK:  Not yet, Judge.
 7              THE COURT:  What do you suggest besides the stay?
 8   Two weeks?
 9              MS. BRENNAN:  Two weeks is fine by me, Judge.
10              MR. PUSTILNIK:  That's fine.
11              THE COURT:  All right.  26(a)(1)s by 6/21.
12              And in terms of fact discovery, what's the
13   plaintiffs' position in terms of a timeline?
14              MS. BRENNAN:  I can't imagine we would need more than
15   three or four months on this, Judge, from whenever it starts.
16              THE COURT:  Oral discovery on the case too?
17   Depositions?
18              MS. BRENNAN:  Yes.  Probably four -- four or five
19   months I guess.  I mean, the problem with this case -- and one
20   of the things that we allege in the complaint is that Bank of
21   America is pretty non-responsive.  But from our perspective,
22   assuming that they can, you know, get a deponent out, it
23   shouldn't take very long.  It's a relatively simple case.
24              THE COURT:  Counsel?
25              MR. PUSTILNIK:  Judge, Bank of America will comply
```

1  with whatever deadlines the Court sets.  The issue of
2  responsiveness will not be a problem in this litigation, so
3  I'm fine with the deadlines set out by plaintiffs' counsel.
4             THE COURT:  All right.  Four months?  Five months?
5             MS. BRENNAN:  Four would be ideal.
6             THE COURT:  All right.  Four months would take us to?
7             THE CLERK:  October 5th.
8             THE COURT:  October 5th.  And in the meantime, I will
9  set out the briefing schedule.  Counsel, how much time do you
10 need to respond?
11            MS. BRENNAN:  We had agreed to a 28/21 briefing
12 schedule.  I would ask that if I could get 30 instead?  I --
13 after we made that agreement, I looked at the calendar and
14 that's essentially the day after July 4th.  So if I can just
15 have an extra two days?
16            MR. PUSTILNIK:  No problem.
17            THE COURT:  30 and 21?
18            MR. PUSTILNIK:  That's fine, Judge.
19            THE CLERK:  July 7th for the response; and the reply,
20 July 28th.
21            MR. PUSTILNIK:  And, your Honor, in light of the
22 Court's rulings today, Bank of America will just file its
23 memorandum of law in support of its motion to dismiss
24 separately as a new docket number and then include the
25 settlement agreement as an attachment if that makes the most

1  sense.

2          MS. BRENNAN:  That's fine by us.

3          THE COURT:  Makes sense.  All right.  We'll proceed

4  that way.  So 16 is granted.  17 is denied.  And the briefing

5  schedule is set on No. 15.  Discovery to proceed.  And I will

6  set out a date in 90 days for status.

7          THE CLERK:  September 6th at 9:30.

8          THE COURT:  All right.  Thank you.

9          MR. PUSTILNIK:  Thank you, your Honor.

10          MS. BRENNAN:  Thanks, Judge.

11    (Which were all the proceedings heard.)

12             \*   \*   \*   \*   \*

13

14  I certify that the foregoing is a correct transcript from the
    record of proceedings in the above-entitled matter.

15

16
    */s/ Nancy C. LaBella*             *November 16, 2017*

17  Official Court Reporter