**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| TAMMY JO LONG, an Illinois Resident, and LUXURY PROPERTIES, LLC | ) ) ) | 17-CV-2756 |
| Plaintiffs, | ) ) | Hon. Jorge L. Alonso |
| v. | ) ) | |
| BANK OF AMERICA, N.A., | ) ) | |
| Defendant. | ) | |

**NOTICE OF SETTLEMENT**

Plaintiffs Tammy Jo Long and Luxury Properties, LLC, and Defendant Bank of America, N.A., hereby notify the Court that they have reached an agreement in principle to settle this matter, subject to the completion of a fully executed settlement agreement before it would be enforceable or binding. The parties expect to finalize a fully executed settlement agreement within a matter of weeks, which would lead to the filing of a stipulation of dismissal of this litigation.

/s/ *David F. Pustilnik*
David F. Pustilnik
Winston & Strawn LLP
35 W. Wacker Drive
Chicago, Illinois 60601
(312) 558-5600

**COUNSEL FOR BANK OF AMERICA, N.A.**

Dated: November 6, 2018

/s/ *Bevin Brennan*
Bevin Brennan
Stephen J. Brown
Pedersen & Houpt
161 North Clark Street, Suite 2700
Chicago, Illinois 60601
(312) 261-2186

**COUNSEL FOR PLAINTIFFS TAMMY JO LONG AND LUXURY PROPERTIES, LLC**

Dated: November 6, 2018

## **CERTIFICATE OF SERVICE**

      I, David F. Pustilnik, hereby certify that the aforementioned document(s) filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to any non-registered participants.

Dated: November 6, 2018                      /s/ David F. Pustilnik